No. 8899. WILLIAM MAGELSSON, doing business under the fictitious name of BIG TIMBER LIVESTOCK COMPANY, PLAINTIFF & APPELLANT, *v.* J. H. McDONALD ET AL., DEFENDANTS & RESPONDENTS.

Decided May 7, 1949.

## ORDER

It appearing from praecipe filed that counsel for appellant hath no confidence in the merit of his appeal and desires dismissal, it is so ordered.

Dated this *7th day of May, 1949.*

HUGH ADAIR, Chief Justice.

*Mr. F. F. Haynes* and *Mr. James F. Walsh, Jr.,* Forsyth, for Appellant.

*Messrs. Farr & Colgrove,* Miles City, for Respondents.